# United States Court of Appeals
## For the First Circuit

---

No. 21-8023

MATTHEW DOWNING, Individually and on Behalf of All Other Persons Similarly Situated,

Plaintiff - Petitioner,

v.

KEURIG GREEN MOUNTAIN, INC.,

Defendant - Respondent.

---

**JUDGMENT**

Entered: April 26, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Edward F. Haber
Ian J. McLoughlin
Patrick J. Vallely
James L. Tuxbury
Bradley Hamburger
Daniel Adler